UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE MENDOZA § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO.: 17-cv-96 |
| WALMART ASSOCIATES, INC. and § | |
| SAM'S EAST, INC. § | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Walmart Associates, Inc. and Sam's East, Inc. file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, as follows:

### Commencement and Service

1. On January 10, 2017, Plaintiff Jose Mendoza commenced this action against Walmart Associates, Inc. by filing Plaintiff's Original Petition, Request for Disclosure, and Jury Demand in the 166th Judicial District Court of Bexar County, Texas, Cause No. 2017CI00402; *Jose Mendoza v. Walmart Associates, Inc.* A copy of Plaintiff's Original Petition, Request for Disclosure and Jury Demand is attached hereto as **Exhibit A**.

2. Walmart Associates, Inc. received service of process and Plaintiff's Original Petition, Request for Disclosure and Jury Demand on January 13, 2017. A copy of the executed citation is attached hereto as **Exhibit B**.

3. On January 31, 2017, Walmart Associates, Inc. filed its Verified Original Answer to Plaintiff's Original Petition which is attached as **Exhibit C**; and Demand for Jury Trial, attached as **Exhibit D**.

4. On February 1, 2017, Plaintiff Jose Mendoza filed his First Amended Petition, Request for Disclosure and Jury Demand styled *Jose Mendoza v. Walmart Associates, Inc. and Sam's East,*

*Inc.* A copy of Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand is attached hereto as **Exhibit E**.

5. Counsel for Defendant agreed to accept service on behalf of Defendant Sam's East, Inc. Defendant Sam's East, Inc. filed its Original Answer to Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand on February 7, 2017 which is attached hereto as **Exhibit F** and Demand for Jury Trial, attached as **Exhibit G**.

6. This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition, Request for Disclosure and Jury Demand on January 13, 2017 which is attached hereto as **Exhibit A**, and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

## Grounds for Removal

7. Walmart Associates, Inc. and Sam's East, Inc. are entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## Diversity of Citizenship

8. This is an action between parties with diversity of citizenship.

9. Plaintiff is a resident of Crowley, Texas.

10. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. At the time

this suit was filed on January 10, 2017 and at the time of removal, Walmart Associates, Inc. is a Delaware Corporation with its principal place of business located in Bentonville, Arkansas.

11. At the time this suit was filed on January 10, 2017 and at the time of removal, Defendant Sam's East, Inc., is an Arkansas corporation with its principal place of business in Bentonville, Arkansas. Plaintiff is a Texas citizen, with his residence in Crowley, Texas.

12. No change of citizenship has occurred since commencement of the state court action. Accordingly, diversity of citizenship exists among the parties.

### Amount in Controversy

13. The amount in controversy exceeds the sum of Seventy Five Thousand and 00/100 Dollars ($75,000.00), exclusive of interest and costs. (See *Exhibit A, pg. 2, paragraph 7 and Exhibit E, pg. 2, paragraph 8* wherein Plaintiff alleges he seeks monetary relief of more than $200,000 but less than $1,000,000).

### Venue

14. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

### Notice

15. Contemporaneous with the filing of this notice of removal, Defendants will give notice of this filing to all parties of record pursuant to 28 U.S.C. §§ 1446(d). Defendants will also file with the clerk of the state court, and will serve upon Plaintiff's counsel and all other parties' counsel of record, a notice of the filing of this notice of removal.

## Jury Demand

16. Defendants demanded a jury trial in the state court action.

## State Court Pleadings

17. Copies of state court pleadings and orders which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A through G.** This case is being removed from the 166th Judicial District Court, Bexar County, Texas.

## Exhibits to Notice of Removal

18. The following documents are attached to this Notice as correspondingly lettered exhibits:

   A. Plaintiff's Original Petition, Request for Disclosure and Jury Demand.
   B. Executed Citation on Walmart Associates, Inc.
   C. Walmart Associates, Inc.'s Verified Original Answer to Plaintiff's Original Petition.
   D. Walmart Associates, Inc.'s Demand for Jury Trial.
   E. Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand.
   F. Sam's East, Inc.'s Original Answer to Plaintiff's First Amended Petition, Request for Disclosure and Jury Demand.
   G. Sam's East, Inc.'s Demand for Jury Trial.
   H. Case History.
   I. List of Counsel of Record.

WHEREFORE, Defendants Walmart Associates, Inc. and Sam's East, Inc. pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 166th Judicial District Court, Bexar County, Texas.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

Willie Ben Daw, III; TBN: 05594050

Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047628
Email: jfloyd@dawray.com
Daniel A. Ortega; TBN: 24067808
Email: dortega@dawray.com
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANTS,
WALMART ASSOCIATES, INC. AND
SAM'S EAST, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by E-Filing Notification, Certified Mail, Return Receipt Requested, 1st Class U.S. Mail and/or Facsimile on this the 10th day of February, 2017.

Javier Espinoza
Josue F. Garza
Espinoza Law Firm, PLLC
2211 Danbury Street
San Antonio, Texas, Texas 78217

_____
James K. Floyd